◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD THOMAS, JR., Appellant. [32 NYS3d 524]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto, Carni and Scudder, JJ.

◾ LISA L. SLOCUM, Appellant, v PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, Respondent. [32 NYS3d 524]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

◾ In the Matter of WILLIAM E. HAMILTON, Appellant, v MARY ALLEY et al., Respondents. [32 NYS3d 524]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.

◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEANDELL KING, Appellant. [31 NYS3d 901]—Motion for reargument and reconsideration denied. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Scudder, JJ.

◾ RUSSELL BAKER, Appellant, v LOFINK MOTOR CO., INC., Respondent. [32 NYS3d 530]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

◾ WENDOVER FINANCIAL SERVICES, Appellant, v JO-ANN RIDGEWAY, as Executrix and Beneficiary under the Last Will and Testament of AMELIA DONVITO, Also Known as AMELIA C. DONVITO, Deceased, Respondent, et al., Defendants. [32 NYS3d 525]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Carni, NeMoyer and Curran, JJ.

◾ SHARON JORDAN-PARKER et al., Appellants, v CITY OF BUFFALO et al., Defendants, and DESTRO & BROTHERS CONCRETE COMPANY, INC., Respondent. (Appeal No. 1.) [32 NYS3d 525]—Motion for reargument denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.

◾ SHARON JORDAN-PARKER et al., Appellants, v CITY OF BUFFALO et al., Defendants, and DIDONATO ASSOCIATES, P.E., P.C., Respondent. (Appeal No. 2.) [32 NYS3d 525]—Motion for reargument denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.